IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Vaughn, Charles | Case Number: 05 B 06444 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 6/10/08 | Filed: 2/24/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 4, 2008
Confirmed: June 22, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 21,780.00 | |
| Secured: | | 17,029.83 |
| Unsecured: | | 0.00 |
| Priority: | | 2,083.85 |
| Administrative: | | 1,594.00 |
| Trustee Fee: | | 1,072.32 |
| Other Funds: | | 0.00 |
| Totals: | 21,780.00 | 21,780.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Grochocinski & Grochocinski | Administrative | 1,594.00 | 1,594.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 5. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 6. | Ford Motor Credit Corporation | Secured | 16,171.34 | 16,171.34 |
| 7. | Monterey Financial Services | Secured | 858.49 | 858.49 |
| 8. | Internal Revenue Service | Priority | 25,694.85 | 2,005.62 |
| 9. | Illinois Dept of Revenue | Priority | 1,624.00 | 78.23 |
| 10. | Internal Revenue Service | Unsecured | 2,117.80 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,408.88 | 0.00 |
| 12. | Monterey Financial Services | Unsecured | 81.75 | 0.00 |
| 13. | Beverly Bus Garage Fed CU | Unsecured | 687.72 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 132.31 | 0.00 |
| 15. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 16. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 50,371.14 | $ 20,707.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 102.90 |
| 5.5% | 321.74 |
| 5% | 97.48 |
| 4.8% | 156.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Vaughn, Charles | Case Number:  05 B 06444 |
| | Judge:  Squires, John H |
| Printed:  6/10/08 | Filed:  2/24/05 |

                              5.4%                394.20
                                             _____
                                             $ 1,072.32

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

